| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Michelson, Laurie J. | 2. Court or Organization<br><br>United States District Court, Eastern District of Michigan | 3. Date of Report<br><br>07/25/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination     Date 07/25/2013<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>06/30/2013 |
| 7. Chambers or Office Address<br><br>231 West Lafayette Blvd.<br>Room 648<br>Detroit, MI 48226 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian for the Beneficiary (while a minor) | Debra A. Berman Irrevocable Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Butzel Long PC -- annual principle of $6,229 per year, no interest |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Butzel Long PC -- employment compensation | $58,232.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America (cash account) | A | Int./Div. | L | T | Exempt | | | | |
| 2. Bank of America -- IRA (cash) | A | Interest | J | T | | | | | |
| 3. Oppenheimer Main Street Fund | A | Int./Div. | K | T | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - Blackrock Tempfund Private Client Shares | A | Dividend | J | T | | | | | |
| 6. - Diebold Inc | A | Dividend | J | T | | | | | |
| 7. - Yahoo Inc | A | Dividend | J | T | | | | | |
| 8. Brokerage Account #2 | | | | | | | | | |
| 9. - FIA Card Services NA RASP | A | Dividend | K | T | | | | | |
| 10. - Boeing Company Stock | A | Dividend | J | T | | | | | |
| 11. - Coca Cola Stock | A | Dividend | J | T | | | | | |
| 12. - DJIA MITTS ISSUER BAC PART 137% | A | Dividend | L | T | | | | | |
| 13. - Exxon Mobile Corp Stock | A | Dividend | K | T | | | | | |
| 14. - Hewlett Packard Co Stock | A | Dividend | | | | | | | |
| 15. - Intel Corp Stock | A | Dividend | | | | | | | |
| 16. - Kinder Morgan Energy Partners LP Stock | A | Dividend | | | | | | | |
| 17. - American Amcap Mutual Fund | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - American Euro Pacific Growth Mutual Fund | A | Dividend | | | | | | | |
| 19. - American Small Cap World Mutual Fund | A | Dividend | | | | | | | |
| 20. - American Fundamental Investors Mutual Fund | A | Dividend | L | T | | | | | |
| 21. - American Inc Fund of America Mutual Fund | B | Dividend | L | T | | | | | |
| 22. - American Washington Mutual Investors Fund | B | Dividend | L | T | | | | | |
| 23. - DWS Floating Rate Mutual Fund | D | Dividend | M | T | | | | | |
| 24. - First Trust Large Cap Value Mutual Fund | A | Dividend | K | T | | | | | |
| 25. - First Trust Large Cap Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 26. - First Trust Multi Cap Mutual Fund | A | Dividend | | | | | | | |
| 27. - First Trust Small Cap Core Mutual Fund | A | Dividend | | | | | | | |
| 28. - First Trust Energy Alphadex Mutual Fund | A | Dividend | | | | | | | |
| 29. - First Trust Mid Cap Core Mutual Fund | A | Dividend | J | T | | | | | |
| 30. - Gold MITTS Issuer BAC | A | Dividend | K | T | | | | | |
| 31. - Blackrock Multi-Sector Income Fund | B | Dividend | K | T | | | | | |
| 32. - Blackstone GSO Strategic CR Fund | C | Dividend | K | T | | | | | |
| 33. - Salient Midstream & MLP Fund | A | Dividend | J | T | | | | | |
| 34. IRA #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - FIA Card Services NA RASP | A | Dividend | J | T | | | | | |
| 36. - Blackrock Equity Dividend Mutual Fund | A | Dividend | L | T | | | | | |
| 37. - Goldman Sachs US Equity Mutual Fund | A | Dividend | K | T | | | | | |
| 38. - iShares S&P Global 100 Index Mutual Fund | B | Dividend | K | T | | | | | |
| 39. - iShares High Div Equity Fund | A | Dividend | L | T | | | | | |
| 40. - Pimco Global Multi Asset Fund | C | Dividend | L | T | | | | | |
| 41. - Powershares S&P 500 High Fund | A | Dividend | L | T | | | | | |
| 42. - Vanguard Dividend Appreciation Fund | B | Dividend | L | T | | | | | |
| 43. - Wisdomtree Emerging Market Equity Fund | A | Dividend | K | T | | | | | |
| 44. Simons-Michelson-Zieve Inc Stock | A | Dividend | L | T | | | | | |
| 45. The Northwestern Mutual Life Insurance Company (whole life) | C | Interest | L | T | | | | | |
| 46. Massachusetts Mutual Life Ins Company (group universal) | B | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 07/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurie J. Michelson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 64 | 495 | Notes payable to banks-secured (auto) | | 17 | 830 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 274 | 050 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 90 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | 212 | 458 | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable – personal residence | | 143 | 293 |
| Real estate owned – personal residence | | 160 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | | | | | | |
| Cash value-life insurance | | 79 | 254 | | | | |
| Other assets itemize: | | | | | | | |
|   IRA (cash) | | 3 | 160 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 161 | 123 |
| | | | | Net Worth | 1 | 722 | 294 |
| Total Assets | 1 | 883 | 417 | Total liabilities and net worth | 1 | 883 | 417 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |